# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

**League of United Latin American Citizens, et al.**

-vs-

**Case No.:** 1:26-cv-00729

**Jane Nelson, et al.**

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now **Danielle Lang**, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent **Plaintiffs** in this case, and would respectfully show the Court as follows:

1.  Applicant is an attorney and a member of the law firm (or practices under the name of) **Campaign Legal Center**,

with offices at

Mailing address: **1101 14th St. NW, Suite 400**

City, State, Zip Code: **Washington, DC 20005**

Telephone: **(202) 736-2200**

Facsimile: **(202) 736-2222**

Email: **dlang@campaignlegalcenter.org**

2. Since **02/05/2018** ⊞ , Applicant has been and presently is a member of and in good standing with the Bar of the State of **District of Columbia** ⊞ . Applicant's bar license number is **1500218** .

3. Applicant has been admitted to practice before the following courts:

Court: Admission date:

**\*see attachment**

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

**N/A**

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

**N/A**

6. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

**N/A**

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8. Select one:

   ☐ Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

   ☑ Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

   | | |
   |---|---|
   | Co-counsel: | **Richard Alan Grigg (Tex. Bar No. 08487500)** |
   | Mailing address: | **1900 Pearl Street** |
   | City, State, Zip Code: | **Austin, TX 78705** |
   | Telephone: | **(512) 474-6061** |

9. Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: **Clerk, U.S. District Court**].

10. Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of

_____ **Danielle Lang** _____ to the Western District of Texas *pro hac vice*

for this case only.

Respectfully submitted,

_____ **Danielle Lang** _____
[printed name of Applicant]

[signature of Applicant]

CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the ___30___ day of ___March___ , ___2026___ .

_____ **Danielle Lang** _____
[printed name of Applicant]

[signature of Applicant]

I, Danielle Marie Lang, am an active member of the following courts:

| TITLE OF COURT | DATE OF ADMISSION | STATUS |
| --- | --- | --- |
| U.S. Court of Appeals for the First Circuit (Bar No. 1195466) | 06/05/2025 | Active |
| U.S. Court of Appeals for the Fourth Circuit | 11/20/2024 | Active |
| U.S. Court of Appeals for the Tenth Circuit | 06/16/2023 | Active |
| U.S. Court of Appeals for the Sixth Circuit | 11/27/2019 | Active |
| U.S. District Court for the District of Columbia (Bar No. 1500218) | 04/09/2018 | Active |
| U.S. Court of Appeals for the Ninth Circuit | 10/12/2017 | Active |
| U.S. Court of Appeals for the Eleventh Circuit | 06/14/2017 | Active |
| U.S. Supreme Court (Bar No. 301456) | 04/17/2017 | Active |
| U.S. District Court for the Central District of California (Bar No. 304450) | 08/31/2016 | Active |
| U.S. Court of Appeals for the Fifth Circuit | 05/03/2016 | Active |