## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

**League of United Latin American Citizens, et al.**

-vs-

**Jane Nelson, et al.**

Case No. 1:26-cv-00729

## ORDER

BE IT REMEMBERED on this the _____ day of _____, 20____, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by _____**Renata O'Donnell**_____ ("Applicant"), counsel for _____**Plaintiffs**_____ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of _____**Plaintiffs**_____ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court.**

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____ 20____.

_____
UNITED STATES DISTRICT JUDGE