**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al.<br><br>        *Plaintiffs*,<br><br><br>        v.<br><br><br>JANE NELSON, in her official capacity as the Texas Secretary of State et al.,<br><br>        *Defendants*. | Case No. 1:26-cv-00729-ADA-SH |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby give notice of voluntary dismissal of all their claims against Defendant Joyce Hudman, in her official capacity as the Brazoria County Clerk. Defendant Hudman has not served an answer or a motion for summary judgment in this action. Accordingly, Plaintiffs notice voluntary dismissal of this action against Defendant Hudman, with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Dated: May 28, 2026

Richard Alan Grigg
Texas Bar# 08487500
Attorney at Law
Law Office of Dicky Grigg, PC
1900 Pearl Street
Austin, TX 78705
Tel: (512)474-6061
Fax: (512)582-8560
dicky@grigg-law.com
mel@grigg-law.com

Respectfully submitted,

*/s/ Danielle Lang*

Danielle Lang*
Anna Baldwin*
Sejal Jhaveri*
Renata O'Donnell*
Alexis Grady*
Daniel Brophy*
Campaign Legal Center
1101 14th St. NW, Suite 400

1

Washington, D.C. 20005
Tel: (202)736-2200
Fax: (202)736-2222
dlang@campaignlegalcenter.org
abaldwin@campaignlegalcenter.org
sjhaveri@campaignlegalcenter.org
rodonnell@campaignlegalcenter.org
agrady@campaignlegalcenter.org
dbrophy@campaignlegalcenter.org

*Admitted Pro Hac Vice

Counsel for Plaintiffs League of United
Latin American Citizens; Texas League of
United Latin American Citizens; League of
United Latin American Citizens Council
102; and Common Cause.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2026, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. The electronic filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Danielle Lang*
Danielle Lang