## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, ET AL., | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | 1:26-cv-729-ADA-SH |
| JANE NELSON, IN HER OFFICIAL CAPACITY AS THE TEXAS SECRETARY OF STATE ET AL., | | |
| Defendants. | | |

### ORDER

On May 28, 2026, Plaintiffs filed a notice of voluntary dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Dkt. 20.

A stipulation of dismissal under Rule 41(a)(1)(A)(i) "is self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *Bechuck v. Home Depot U.S.A., Inc.*, 814 F.3d 287, 291 (5th Cir. 2016) (quoting *In re Amerijet Int'l, Inc.,* 785 F.3d 967, 973 (5th Cir. 2015) (per curiam)). Accordingly, the Clerk's Office is directed to **CLOSE** this case.

**SIGNED** June 1, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE