**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| LEAGUE OF LATIN AMERICAN CITIZENS, et al., | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. |
| v. | § § | 1:26-CV-00729-ADA-SH |
| | § | |
| JANE NELSON, in her official capacity as the Texas Secretary of State, et al., | § § § | |
| Defendants. | § | |

**DEFENDANT PAUL ADAMS' UNOPPOSED MOTION TO EXTEND DEADLINE
TO FILE HIS REPLY IN SUPPORT OF HIS MOTION TO DISMISS, AND BRIEF**

Defendant Paul Adams, in his official capacity as Dallas County Elections Department ("Administrator Adams"), files this unopposed motion to extend the deadline to file his reply in support of his Rule 12-based motion to dismiss by two (2) days, to and including Friday, 24 July 2026.

## I.    ARGUMENT AND AUTHORITIES

Plaintiffs filed *Plaintiffs' Response in Opposition to Dallas, Denton, and Collin County Defendants' Motions to Dismiss* (ECF No. 33) ("Response") on 9 July 2026. *See* Court's Docket. The reply by Defendant Paul Adams, who is sued in his official capacity at the Elections Administrator for Dallas County, is due by 23 July 2026.

Defendant Adams requests an extension of time, to and including Friday, 24 July 2026, to file his reply to Plaintiffs' Response.

Counsel for Adams, Assistant District Attorney Jason G. Schuette, is primarily responsible for drafting Adams's reply. Mr. Schuette is on out of state travel, and is attending to family medical issues. Mr. Schuette has conferred with counsel for Plaintiffs, who state that Plaintiffs do not oppose the extension requested.

The extension of time is not sought for purposes of delay. No scheduling order deadline will be affected by the extension. Based on the foregoing, good cause exists to grant the extension of time requested. *See* Fed. R. Civ. P. 6(b)(1)(A).

WHEREFORE, Defendant Paul Adams, in his official capacity as Dallas County Elections Department, moves the Court to extend his deadline to file his reply to Plaintiffs' response to his motion to dismiss, and that the Court grant him all such other and further relief that is consistent with this motion.

Respectfully submitted,

JOHN CREUZOT
DALLAS COUNTY CRIMINAL
DISTRICT ATTORNEY

*/s/ Barbara S. Nicholas*
Assistant District Attorney
Texas State Bar No. 24032785
barbara.nicholas@dallascounty.org

Jason G. Schuette*
Assistant District Attorney
Texas State Bar No. 17827020
jason.schuette@dallas.county.org

Civil Division
Dallas County Records Building
500 Elm Street, Suite 6300
Dallas, Texas 75202
Telephone:    214.653.7358
Telecopier:    214.653.6149

ATTORNEYS FOR THE DEFENDANT
PAUL ADAMS, IN HIS OFFICIAL CAPACITY AS
DALLAS COUNTY ELECTIONS DEPARTMENT

*Application for admission to be filed

**CERTIFICATE OF CONFERENCE**

I hereby certify that on 22 July 2026, I conferred via email with Anna Baldwin, counsel for Plaintiffs, regarding the relief sought in this motion.  Plaintiffs graciously do not oppose the relief sought.

*/s/ Jason G. Schuette*
Assistant District Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on 22 July 2026, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. The electronic filing system sent a "Notice of Electronic Filing" to the undersigned and to all following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Jason G. Schuette*
Assistant District Attorney