**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et. al.** | § § § | |
| **v.** | § § | **Case No. 1:26-cv-00729-ADA-SH** |
| **JANE NELSON, in her official capacity as the Texas Secretary of State, et. al.** | § § § § | |

**DEFENDANTS PHILLIPS' AND BREAUX'S OBJECTION
TO PLAINTIFFS' PURPORTED "JOINT PROPOSED SCHEDULING ORDER"**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants **FRANK PHILLIPS, in his official capacity as Denton County Elections Administrator** and **KALEB BREAUX**, **in his official capacity as Collin County Elections Administrator** (hereinafter "Denton and Collin County Defendants"), and file their OBJECTION TO PLAINTIFFS' PURPORTED "JOINT PROPOSED SCHEDULING ORDER", and would show the Court as follows:

**I.**
**Plaintiffs' purported "Joint Proposed Scheduling Order" is not Joint and is premature**

Plaintiffs have submitted what they label a "JOINT PROPOSED SCHEDULING ORDER" [Dkt. 44]. It is hardly "Joint"; it was conducted without three of the four Defendants agreement, and was pushed by Plaintiffs Counsel while there are pending Motions to Dismiss filed by every Defendant [Dkt.'s 25, 27, and 28], a pending MOTION TO ABATE ANY DISCOVERY AND ALL SCHEDULING REQUIREMENTS PENDING RESOLUTION OF DEFENDANTS' MOTION TO DISMISS [Dkt. 26], and a pending MOTION TO TRANSFER VENUE TO THE EASTERN DISTRICT, SHERMAN DIVISION AND BRIEF [Dkt. 24].

## II.
## Discovery and Scheduling should be stayed pending resolution of threshold legal issues

As detailed in Defendants Phillips and Breaux's MOTION TO ABATE ANY DISCOVERY AND ALL SCHEDULING REQUIREMENTS PENDING RESOLUTION OF DEFENDANTS' MOTION TO DISMISS [Dkt. 26], it is these Defendants position that all discovery and Rule 26 conference and scheduling requirements should be stayed until the Court rules upon any Motion to Dismiss or other dispositive motion which have been or may be filed by any of the Defendants. This approach comports with the Supreme Court and Fifth Circuit precedent favoring a stay of discovery at the Motion to Dismiss stage [primarily developed in the area of Qualified Immunity], when a governmental entity and/or employee is a party. Staying discovery and scheduling serves the interests of justice, promotes judicial economy, minimizes disruption of important governmental activities, and allows the legal jurisdictional issues raised in the MOTION TO DISMISS to be fully resolved. Plaintiffs' purported JOINT PROPOSED SCHEDULING ORDER [Dkt. 44] should be rejected.

## III.
## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Defendants **FRANK PHILLIPS** and **KALEB BREAUX**, object to the Plaintiffs' purported JOINT PROPOSED SCHEDULING ORDER and request that it be rejected; pray that their MOTION TO ABATE ANY DISCOVERY AND ALL SCHEDULING REQUIREMENTS PENDING RESOLUTION OF DEFENDANTS' MOTION TO DISMISS, be granted and this Court dismiss the Plaintiffs' lawsuit; and that Defendants have such other relief, at law or in equity, to which they are justly entitled.

Respectfully submitted,

By:    /s/ *Robert J. Davis*
      **ROBERT J. DAVIS**
      State Bar No. 05543500
      **KYLE THOMAS BARRY**
      State Bar No. 24122284
      **MATTHEWS, SHIELS, KNOTT,**
      **EDEN, DAVIS & BEANLAND, L.L.P.**
      8131 LBJ Freeway, Suite 700
      Dallas, Texas 75251
      972/234-3400 (office)
      972/234-1750 (telecopier)
      bdavis@mssattorneys.com
      kbarry@mssattorneys.com

      **ATTORNEYS FOR DEFENDANTS**
      **FRANK PHILLIPS, in his official capacity as Denton County Elections Administrator** and **KALEB BREAUX**, **in his official capacity as Collin County Elections Administrator**

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2026, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. The electronic filing system sent a "Notice of Electronic Filing" to the undersigned and following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means: Sejal Jhaver, Dicky Grigg, Alexis Grady, Daniel Brophy, Danielle Lang, and Renata O'Donnell.

      /s/ *Robert J. Davis*
      **ROBERT J. DAVIS**

DENTON AND COLLIN COUNTY DEFENDANTS OBJECTION
TO PLAINTIFFS' PURPORTED "JOINT PROPOSED SCHEDULING ORDER"      Page 3
T:\233\1\1600\75486 LULAC\Pleadings\Collin County\Objection to Joint Proposed Schedulling Order.wpd