**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS; TEXAS LEAGUE OF UNITED LATIN AMERICAN CITIZENS; LEAGUE OF UNITED LATIN AMERICAN CITIZENS COUNCIL 102; and COMMON CAUSE,<br><br>*Plaintiffs,*<br>v.<br><br>ROBERT S. HOWDEN, in his official capacity as Texas Secretary of State; PAUL ADAMS, in his official capacity as Dallas County Elections Department; FRANK PHILLIPS, in his official capacity as Denton County Elections Administrator; and KALEB BREAUX, in his official capacity as Collin County Elections Administrator,<br>*Defendants.* | Case No. 1:26-cv-00729-ADA-SH |

**NOTICE OF JOINDER OF SECRETARY OF STATE IN DEFENDANTS PHILLIPS' AND BREAUX'S OBJECTION TO PLAINTIFFS' PURPORTED "JOINT PROPOSED SCHEDULING ORDER"**

Defendant Robert Howden, in his official capacity as Texas Secretary of State, objects to Plaintiffs' Joint Proposed Scheduling Order (ECF No. 44) and would show as follows:

1. The Secretary of State joins in Defendants Phillips' and Breaux's Objection to Plaintiff's Purported "Joint Proposed Scheduling Order." *See* ECF No. 45. The Secretary of State fully agrees with Phillips' and Breaux's Objection and adopts their reasoning by reference as if fully set forth herein.

2. The Joint Proposed Scheduling Order is not joint because it was not submitted by all parties. *See* ECF No. 44. The Court should decline to adopt the proposed scheduling order.

3. The Court should decline to enter a scheduling order or permit discovery to proceed while Secretary Howden's Motion to Dismiss, Defendant Adams's Motion to Dismiss, Defendants Phillips' and Breaux's Motion to Dismiss and Motion to Abate are pending. *See* ECF Nos. 25, 26, 27, 28.

Dated August 26, 2026

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**ROB FARQUHARSON**
Deputy Attorney General for Legal Strategy

**RYAN G. KERCHER**
Chief, Special Litigation Division

Respectfully submitted,

*/s/ Munera Al-Fuhaid*

**MUNERA AL-FUHAID**
Attorney-in-Charge
Special Counsel
Tex. State Bar No. 24094501

**OFFICE OF THE ATTORNEY GENERAL OF TEXAS**
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Munera.Al-Fuhaid@oag.texas.gov

**COUNSEL FOR DEFENDANT ROBERT S. HOWDEN, IN HIS OFFICIAL CAPACITY AS TEXAS SECRETARY OF STATE**

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on August 26, 2026 and that all counsel of record were served by CM/ECF.

*/s/ Munera Al-Fuhaid*
**MUNERA AL-FUHAID**